# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Papalia, Vincent F. | United States Bankruptcy Court For District of New Jersey | 12/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>08/01/2015 |

**7. Chambers or Office Address**

M.L. King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Mendham Lakes Estates Homeowners Association, Inc. (Nonprofit Homeowners Association). Resigned October 2014. |
| 2. | Co-Executor | Estate No. 1 |
| 3. | Equity Partner (Withdrew 12/28/14) | Saiber LLC |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/2015 | Saiber LLC - Return of Capital - Bi-Weekly payments over 2 years, no control |
| 2. | 1/1/2015 | Saiber LLC - Retirement Benefit - Bi-Weekly payments over 5 years, no control |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 31

**Name of Person Reporting**

Papalia, Vincent F.

**Date of Report**

12/03/2015

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/1/2015 | Saiber L.L.C. - Return of Capital (Pursuant to Membership Agreement) | $66,443.00 |
| 2. 1/1/2015 | Saiber L.L.C. - Return of Benefit (Pursuant to Membership Agreement) | $27,664.00 |
| 3. 12/31/2014 | Saiber L.L.C. - Annual Income | $335,000.00 |
| 4. 12/31/2013 | Saiber L.L.C. - Annual Income | $357,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | County College of Morris - salary |
| 2. 2014 | Ramapo College - salary |
| 3. 2015 | Ramapo College - salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC | Summer House Mortgage (1/2 ownership and liability) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCT -J (H) | | | | | | | | | |
| 2. - FIDELITY PRIME FUND CAPITAL RESERVES | A | Int./Div. | J | T | Open | 07/31/14 | M | | |
| 3. - FPA CRESCENT FUND | A | Int./Div. | K | T | Buy | 08/14/14 | J | | |
| 4. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 5. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 6. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 7. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 8. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 9. | | | | | Buy (add'l) | 01/28/15 | J | | |
| 10. - LORD ABBETT MULTI ASSET INCOME FUND F | B | Int./Div. | K | T | Buy | 08/14/14 | J | | |
| 11. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 12. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 13. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 14. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 15. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 16. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 17. - BLACKROCK MULTI ASSET INCOME PORT A | B | Int./Div. | K | T | Buy | 08/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 19. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 20. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 21. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 22. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 23. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 24. IRA ROLLOVER BROKERAGE ACCT (H) | | | | | | | | | |
| 25. - FIDELITY PRIME FUND CAPITAL RESERVES | A | Dividend | L | T | Buy | 02/24/15 | N | | |
| 26. - FPA CRESCENT FUND | A | Dividend | K | T | Buy | 04/06/15 | K | | |
| 27. - LORD ABBETT CALIBRAT MID CAP VALUE F | A | Dividend | K | T | Buy | 04/01/15 | K | | |
| 28. - LORD ABBETT GROWTH LEADERS FUND F | A | Dividend | K | T | Buy | 04/01/15 | K | | |
| 29. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 30. - VANGUARD BALANCED INDEX INVESTOR | A | Dividend | K | T | Buy | 04/10/15 | K | | |
| 31. - BLACKROCK HIGH YIELD BOND A | A | Dividend | | | Buy | 04/06/15 | K | | |
| 32. | | | | | Buy (add'l) | 04/21/15 | K | | |
| 33. | | | | | Sold | 07/15/15 | K | | |
| 34. AMFUNDS AMERICAN BALANCED F1 | A | Dividend | K | T | Buy | 05/19/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/15/15 | K | | |
| 36.    INDIV TOD BROKERAGE ACCT -S (H) | | | | | | | | | |
| 37.    - FIDELITY PRIME FUND CAPITAL RESERVES | A | Int./Div. | J | T | Buy | 08/18/14 | M | | |
| 38.    - DEUTSCHE GLOBAL INFRASTRUCTURE A | B | Int./Div. | K | T | Buy | 08/19/14 | J | | |
| 39. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 40. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 41. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 42. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 43.    - FPA CRESCENT FUND | B | Int./Div. | K | T | Buy | 08/19/14 | J | | |
| 44. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 45. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 46. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 47. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 48. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 49.    - BLACKROCK MULTI ASSET INCOME PORT A | B | Int./Div. | K | T | Buy | 09/02/14 | K | | |
| 50.    - PIMCO INOCME FUND A | B | Int./Div. | K | T | Buy | 08/21/14 | K | | |
| 51.    -AT&T | A | Dividend | J | T | Buy | 01/23/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ALTRIA GROUP | A | Dividend | | | Sold | 01/23/15 | J | | |
| 53. -BRISTOL MYERS SQUIBB | A | Dividend | J | T | | | | | |
| 54. CHEMOURS CO. | A | Dividend | J | T | Distributed (part) | 07/01/15 | J | | |
| 55. | | | | | Buy | 07/17/15 | J | | |
| 56. -DOW CHEMICAL CO | A | Dividend | J | T | | | | | |
| 57. -DU PONT | A | Dividend | J | T | | | | | |
| 58. -EXXON MOBIL | A | Dividend | J | T | | | | | |
| 59. -HOME DEPOT | A | Dividend | J | T | | | | | |
| 60. -INTEL CORP | A | Dividend | J | T | | | | | |
| 61. -MERCK & CO | A | Dividend | J | T | | | | | |
| 62. -PHILIP MORRIS | A | Dividend | J | T | | | | | |
| 63. -PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 64. -SUBRUBAN PROPAN | A | Dividend | J | T | | | | | |
| 65. -TRANSOCEAN LTD | A | Dividend | J | T | Buy | 10/01/14 | J | | |
| 66. -VALLEY NATIONAL | A | Dividend | J | T | | | | | |
| 67. -WEIGHT WATCHERS | A | Dividend | | | Sold | 10/01/14 | J | | |
| 68. BANK ACCOUNT - SANTANDER -S | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  IRA - PNC (H) | | | | | | | | | |
| 70.  -AMERICAN BALANCED A | A | Int./Div. | J | T | Buy | 01/29/15 | J | | |
| 71.  IRA - PNC -S (H) | | | | | | | | | |
| 72.  -AMERICAN BALANCED A | A | Int./Div. | J | T | Buy | 01/29/15 | J | | |
| 73.  529 PLAN - FRANKLIN TEMPLETON (H) | | | | | | | | | |
| 74.  -GROWTH ALLOCATION C | A | Int./Div. | J | T | Sold (part) | 01/09/14 | J | | |
| 75. | | | | | Sold | 05/27/14 | J | | |
| 76. | | | | | Sold | 08/06/14 | J | | |
| 77. | | | | | Sold | 12/01/14 | J | | |
| 78. | | | | | Sold | 01/21/15 | J | | |
| 79. | | | | | Sold | 03/16/15 | J | | |
| 80. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 81. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 82. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 83. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 84. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 85. | | | | | Buy (add'l) | 06/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 87. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 88. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 89. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 90. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 91. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 92. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 93. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 94. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 95. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 96. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 97. TIAA CREF ▉ (H) | | | | | | | | | |
| 98. -MONEY MARKET | A | Int./Div. | K | T | Open | 09/14/14 | K | | |
| 99. IRA - REGAL (H) | | | | | | | | | |
| 100. -MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 101. -LEVEL 3 COMM | A | Dividend | J | T | | | | | |
| 102. -NEONODE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA - REGAL -S (H) | | | | | | | | | |
| 104. -MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 105. -VICAL INC | A | Dividend | J | T | | | | | |
| 106. 401(K) SAIBER (H) | | | | | | | | | |
| 107. -BLACKROCK GLOBAL SMALLCAP A | A | Int./Div. | | | Buy (add'l) | 03/31/14 | J | | |
| 108. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 109. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 110. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 111. | | | | | Distributed | 02/24/15 | J | | |
| 112. -HARBOR BOND INST | A | Int./Div. | | | Distributed | 02/24/15 | K | | |
| 113. -HARBOR CAP APPRECIATION INV | A | Int./Div. | | | Buy (add'l) | 03/31/14 | J | | |
| 114. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 115. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 116. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 117. | | | | | Distributed | 02/24/15 | J | | |
| 118. -MORLEY STABLE VALUE | A | Int./Div. | | | Distributed | 02/24/15 | L | | |
| 119. -PIMCO REAL RETURN D | A | Int./Div. | | | Buy (add'l) | 03/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 121. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 122. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 123. | | | | | Distributed | 02/24/15 | K | | |
| 124. -T.ROWE PRICE RTMT 2020 | A | Int./Div. | | | Buy (add'l) | 03/31/14 | J | | |
| 125. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 126. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 127. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 128. | | | | | Distributed | 02/24/15 | N | | |
| 129. -VANGUARD INT-TERM TREASURY ADM | A | Int./Div. | | | Distributed | 02/24/15 | J | | |
| 130. PNC BANK ACCOUNT -J | A | Interest | | | | | | | |
| 131. Deutsche X Trackers MSCI (Common) (Symbol - DBEU) | | None | J | T | Buy | 03/05/15 | J | | |
| 132. | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 133. Deutsche X Trackers MSCI EAFE (Common) (Symbol - DBEF) | | None | J | T | Buy | 03/05/15 | J | | |
| 134. | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 135. First Trust Preferred (Common) (Symbol FPE) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 136. | A | Dividend | | | Sold | 06/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Guggenheim S&P 500 (Common) (Symbol RYT) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 138. | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 139. IShares (Common) (Symbol EEMA) | | None | | | Buy | 03/05/15 | J | | |
| 140. | A | Dividend | | | Sold | 06/30/15 | J | | |
| 141. IShares 1 to 3 Treasury (Common) (Symbol SHY) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 142. | A | Dividend | | | Sold | 06/30/15 | J | | |
| 143. IShares 3 to 7 Treasury (Common) (Symbol IEI) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 144. | A | Dividend | | | Sold | 06/30/15 | J | | |
| 145. IShares Core S&P 500 ETF (Common) (Symbol IVv) | A | Dividend | K | T | Buy | 03/05/15 | K | | |
| 146. | A | Dividend | J | T | Buy | 07/13/15 | K | | |
| 147. IShares Core S&P MidCap (Common) (Symbol IJH) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 148. | A | Dividend | J | T | Buy | 07/13/15 | J | | |
| 149. IShares IBoxx $ High Yield (Common) (Symbol HYG) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 150. | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 151. IShares IBoxx $ Investment (Common) (Symbol LQD) | A | Dividend | K | T | Buy | 03/05/15 | K | | |
| 152. | A | Dividend | | | Sold | 06/30/15 | J | | |
| 153. | | | J | T | Buy | 07/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IShares International (Common) (Symbol IDV) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 155. | A | Dividend | | | Sold | 06/30/15 | J | | |
| 156. IShares JP Morgan USD (Common) (Symbol EMB) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 157. | A | Dividend | | | Sold | 06/30/15 | J | | |
| 158. | | | J | T | Buy | 07/13/15 | J | | |
| 159. IShares US Financial Svcs (Common) (Symbol IYG) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 160. | A | Dividend | | | Sold | 06/30/15 | J | | |
| 161. IShares Core S&P (Symbol IJR) | | None | J | T | Buy | 07/13/15 | J | | |
| 162. IShares Core (Symbol GOVT) | | None | J | T | Buy | 07/13/15 | J | | |
| 163. Power Shares Exchange Symbol PBS | | None | J | T | Buy | 06/30/15 | J | | |
| 164. Vanguard Sector SPDR FD (Common) (Symbol XLG) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 165. | A | Dividend | | | Sold | 06/30/15 | J | | |
| 166. Vanguard FTSE Developed (Common) (Symbol VEA) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 167. | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 168. | | | J | T | Buy | 07/13/15 | K | | |
| 169. Vanguard FTSE Emerging (Symbol VWO) | | None | J | T | Buy | 07/13/15 | J | | |
| 170. Vanguard Short Term Symbol VCSH | A | Dividend | J | T | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Total International ETF (Symbol BNDX) | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 172. | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 173. | | | J | T | Buy | 07/13/15 | J | | |
| 174. RBC Branch Sweep Program | | None | J | T | Buy | 03/05/15 | J | | |
| 175. Bank of Montreal (Common) (Symbol - BMO) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 176. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 177. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 178. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 179. | | | | | Sold | 07/09/15 | J | | |
| 180. Bank of Nova Scotia (Common) (Symbol - BNS) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 181. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 182. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 183. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 184. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 185. Baytex Energy (Common) (Symbol BTE) | | None | | | Buy | 03/05/15 | J | | |
| 186. | | | | | Sold | 03/10/15 | J | | |
| 187. BCE Inc. (Common) (Symbol BCE) | A | Dividend | | | Buy | 03/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 189. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 190. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 191. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 192. GlaxoSmithKline PLC (Common) (Symbol GSK) | | None | | | Buy | 03/10/15 | J | | |
| 193. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 194. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 195. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 196. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 197. HSBC Holdings PLC (Common) (Symbol HSBC) | | None | | | Buy | 03/05/15 | J | | |
| 198. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 199. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 200. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 201. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 202. Royal Dutch Shell PLC (Common) (Symbol RDSB) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 203. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 204. | | | | | Buy (add'l) | 04/17/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 206. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 207. Toronto Dominion Bank (Common) (Symbol TD) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 208. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 209. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 210. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 211. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 212. Delaware Pooled Trust Diversified Income FD CIA (Symbol DPDFX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 213. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 214. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 215. | | None | | | Buy | 05/26/15 | J | | |
| 216. | | None | | | Sold | 03/11/15 | J | | |
| 217. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 218. Fidelity Advisor Strategic Income Fund CL 1 (Symbol - FSRIX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 219. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 220. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 221. | | | | | Buy (add'l) | 05/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 31

**Name of Person Reporting**

Papalia, Vincent F.

**Date of Report**

12/03/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | None | | | Sold | 03/10/15 | J | | |
| 223. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 224. Invesco Balanced Risk Alloc Y (Symbol ABRYX) | | None | | | Buy | 03/05/15 | J | | |
| 225. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 226. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 227. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 228. | | None | | | Sold | 03/10/15 | J | | |
| 229. | | | | | Sold | 07/09/15 | J | | |
| 230. Oppenheimer Intl BD FD Class Y (Symbol OIBYX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 231. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 232. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 233. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 234. | | None | | | Sold | 03/10/15 | J | | |
| 235. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 236. Thornburc Strategic Income FD CL 1 SHS (Symbol - TS11X) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 237. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 238. | | | | | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 240. | | None | | | Sold | 03/10/15 | J | | |
| 241. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 242. 3M Company (Common) (Symbol MMM) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 243. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 244. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 245. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 246. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 247. Altria Group Inc. (Common) (Symbol MO) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 248. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 249. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 250. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 251. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 252. American Electric Power Co. (Common) (Symbol AEP) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 253. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 254. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 255. | | | | | Buy (add'l) | 05/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 257. AT&T Inc. (Common) (Symbol T) | A | Dividend | | | Buy (add'l) | 03/05/15 | J | | |
| 258. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 259. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 260. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 261. | | | | | Sold | 07/09/15 | J | | |
| 262. Automatic Data Processing (Common) (Symbol ADP) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 263. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 264. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 265. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 266. | | None | | | Sold | 03/10/15 | J | | |
| 267. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 268. Chevron Corporation (Common) (Symbol CVX) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 269. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 270. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 271. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 272. | A | Dividend | | | Sold | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Coca Cola Company (Common) (Symbol KO) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 274. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 275. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 276. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 277. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 278. Dow Chemical Co. (Common) (Symbol DOW.N) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 279. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 280. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 281. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 282. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 283. Eli Lilly & Co. (Common) (Symbol LLY) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 284. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 285. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 286. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 287. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 288. Energy Transfer Partners LP (Common) Symbol ETP) | | None | | | Buy | 03/05/15 | J | | |
| 289. | | | | | Buy (add'l) | 03/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 291. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 292. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 293. | | | | | Sold | 07/09/15 | J | | |
| 294. Enbridge Energy Partners LP (Common) (Symbol EEP) | | None | | | Buy | 03/05/15 | J | | |
| 295. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 296. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 297. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 298. | | | | | Sold | 07/9/15 | J | | |
| 299. Enterprise Products Partners (Common) (Symbol EPD) | | None | | | Buy | 03/05/15 | J | | |
| 300. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 301. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 302. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 303. | | | | | Sold | 07/09/15 | J | | |
| 304. Exxon Mobile Corp. (Common) (Symbol XOM) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 305. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 306. | | | | | Buy (add'l) | 04/17/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 308. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 309. General Electric Co. (Common) (Symbol GE) | | None | | | Buy | 03/05/15 | J | | |
| 310. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 311. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 312. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 313. | | None | | | Sold | 03/10/15 | J | | |
| 314. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 315. Health Care Reit Inc. (Common) (Symbol HCN) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 316. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 317. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 318. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 319. | | | | | Sold | 07/09/15 | J | | |
| 320. Johnson & Johnson (Symbol JNJ) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 321. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 322. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 323. | A | Dividend | | | Sold | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Kinder Morgan Inc. (Common) (Symbol KMI) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 325. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 326. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 327. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 328. | | | | | Sold | 07/09/15 | J | | |
| 329.  Lockheed Martin Corp. (Common) (Symbol LMT) | | None | | | Buy | 03/05/15 | J | | |
| 330. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 331. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 332. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 333. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 334.  Lorillard Inc. (Common) (Symbol LO) | | None | | | Buy | 03/05/15 | J | | |
| 335. | | | | | Sold | 03/10/15 | J | | |
| 336.  McDonalds Corp. (Common) (Symbol MCD) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 337. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 338. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 339. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 340. | A | Dividend | | | Sold | 07/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Merck & Co. Inc. (Common) (Symbol MRK) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 342. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 343. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 344. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 345. | | None | | | Sold | 03/10/15 | J | | |
| 346. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 347. Microchip Technology Inc. (Common) (Symbol MCHP) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 348. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 349. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 350. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 351. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 352. RBC Branch Sweep Program | | None | M | T | Buy | 03/15/15 | M | | |
| 353. Natl Retail Prop. Inc. (Common) Symbol NNN) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 354. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 355. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 356. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 357. | | | | | Sold | 07/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Nextera Energy Inc. (Common) (Symbol NEE) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 359. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 360. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 361. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 362. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 363. Philip Morris International (Common) (Symbol PM) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 364. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 365. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 366. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 367. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 368. Plains All American Pipeline (Common) (Symbol PAA) | | None | | | Buy | 03/05/15 | J | | |
| 369. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 370. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 371. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 372. | | | | | Sold | 07/09/15 | J | | |
| 373. Plum Creek Timber Co. Inc. (Common) (Symbol PCL) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 374. | | None | | | Sold | 03/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy | 03/13/15 | J | | |
| 376. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 377. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 378. | | | | | Sold | 07/09/15 | J | | |
| 379. Proctor & Gamble Co. (Common) (Symbol PG) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 380. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 381. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 382. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 383. | | | | | Sold | 07/09/15 | J | | |
| 384. Qualcomm Inc (Common) (Symbol QCom) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 385. | | None | | | Sold | 03/10/15 | J | | |
| 386. | | | | | Buy | 03/13/15 | J | | |
| 387. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 388. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 389. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 390. Reynolds American Inc. (Common) (Symbol RAI) | | None | | | Buy | 03/10/15 | J | | |
| 391. | | | | | Buy (add'l) | 03/13/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 393. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 394. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 395. Simon Property Group Inc. (Common) (Symbol SPG) | A | Dividend | | | Buy | 03/10/15 | J | | |
| 396. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 397. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 398. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 399. | | | | | Sold | 07/09/15 | J | | |
| 400. SPDR (Symbol JNK) | | None | J | T | Buy | 07/13/15 | J | | |
| 401. United Parcel Svc. Inc. (Common) (Symbol UPS) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 402. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 403. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 404. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 405. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 406. United Health Group Inc. (Common) (Symbol UNH) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 407. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 408. | | | | | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 31

**Name of Person Reporting**

Papalia, Vincent F.

**Date of Report**

12/03/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 410. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 411. Ventas Inc. (Common) (Symbol VTR) | | None | J | T | Buy | 03/05/15 | J | | |
| 412. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 413. VF Corporation (Common) (Symbol VFC) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 414. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 415. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 416. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 417. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 418. Wells Fargo & Co. (Common) (Symbol WFC) | A | Dividend | | | Buy | 03/05/15 | J | | |
| 419. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 420. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 421. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 422. | A | Dividend | | | Sold | 07/09/15 | J | | |
| 423. CO-EXECUTOR OF ESTATE NO. 1 (H) | | | | | | | | | |
| 424. --MORGAN STANLEY ACCOUNT | | | | | | | | | |
| 425. ---Public Service Enterprise Group | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia, Vincent F. | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  ---Eversource Energy Com | A | Dividend | J | T | | | | | |
| 427.  ---Five Star Quality Care | | None | J | T | | | | | |
| 428.  ---Penn West Pete Ltd. | A | Dividend | J | T | | | | | |
| 429.  ---Senior Housing Property Trust | A | Dividend | J | T | | | | | |
| 430.  ---Apollo Investment Corp. | A | Dividend | J | T | | | | | |
| 431.  ---Ares Capital Corp. | A | Dividend | J | T | | | | | |
| 432.  ---Royal Globe Trust, Inc. | A | Dividend | J | T | | | | | |
| 433.  ---Royal Value Trust, Inc. | A | Dividend | J | T | | | | | |
| 434.  ---Cash | | None | J | T | | | | | |
| 435.  --DREYFUS GNMA FUND | A | Dividend | J | T | | | | | |
| 436.  --TD BANK ESTATE ACCOUNT | A | Int./Div. | K | T | | | | | |
| 437.  Vac/Rent. Prpt., Seaside Park, NJ (Purchase dd. 3/05; price-$590,000) | E | Rent | N | R | | | | | |
| 438. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.   Positions:

Line 1.  I was the Trustee of my Homeowners Association with respect to my residence.  There are no trust assets, and there is no real trust.  The Homeowners Association is charged with maintaining the common areas of the Association, in which each property owner owns an undivided common interest.

Line 2.  I am also co-executor of Estate No. 1.  The assets in the estate are reported in Section VII.

VI.  Liabilities and VII. Investments and Trusts:     Vacation/rental property in Seaside Park is jointly and equally owned (50-50) by ▓▓▓▓▓ and a ▓▓▓▓▓ ▓▓▓▓▓  This property was purchased in March 2005 for $590,000.  We rent the property about 5-6 weeks a year.  Also, property-related expenses (including mortgage, insurance, taxes, etc.) are shared equally.

VII.  Investments and Trusts (Column D):  Because this is my initial report, I understand I am exempt from completing section VII (Column D).  However, my financial advisor assisting me with preparing this report indicated that it would be helpful to complete that section at this time so as to make it easier to complete next year's Disclosure Report.

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 31

Name of Person Reporting

Papalia, Vincent F.

Date of Report

12/03/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Vincent F. Papalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544